IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CRISSIE LEE MEDLIN                                          PLAINTIFF

v.                        No. 4:18-cv-88-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                DEFENDANT

## ORDER

Unopposed recommendation, № 13, adopted. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). The Commissioner's final decision is reversed, and the case will be remanded.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 August 2018