# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CRISSIE LEE MEDLIN                                              PLAINTIFF

v.                          No. 4:18-cv-88-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                    DEFENDANT

## JUDGMENT

The case is remanded for further development of the record and a decision on that expanded record. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–02 (1991). The Court also awards Medlin a reasonable attorney's fee to be fixed by stipulation, or on motion, either of which is due by 31 August 2018.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

7 August 2018