# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CRISSIE LEE MEDLIN**                                                                PLAINTIFF

v.                                  No. 4:18-cv-88-DPM

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                                         DEFENDANT

## ORDER

The parties agree that Olinsky is entitled to an award of attorney's fees. Olinsky's motion, № 16, is therefore granted. The Social Security Administration shall make the $6,053.64 check payable to Crissie Lee Medlin and mail the check to Medlin's lawyer.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 September 2018